B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  Melanie Baldwin Johnson                ,                    Case No.  18-16515

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust | U.S. Bank Trust National Association, as Trustee of the Cabana Seires IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:        5339

Court Claim # (if known): ____3-1____
Amount of Claim:  $596,197.35
Date Claim Filed:  07/20/2018

Phone: _____
Last Four Digits of Acct. #:    6196

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date: 04/26/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.